**Order entered September 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00974-CV

### SEMON BONNER, Appellant

### V.

### FEDERAL HOME LOAN MORTGAGE, Appellee

### On Appeal from the County Court at Law No. 2
### Dallas County, Texas
### Trial Court Cause No. CC-19-02290-B

## ORDER

This appeal stems from the same underlying cause and judgment as appellate cause number 05-19-00637-CV. Accordingly, on the Court's own motion, we **CONSOLIDATE** this appeal into appellate cause number 05-19-00637-CV. We **DIRECT** the Clerk of the Court to transfer all documents from this appeal into appellate cause number 05-19-00637-CV. For administrative purposes, this appeal is treated as a closed case. The parties, trial court clerk, and court reporter shall now use only appellate cause number 05-19-00637-CV.

/s/     BILL WHITEHILL
          JUSTICE